**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CALEB ELIJAH PETRY**                                          **CIVIL ACTION**

**VERSUS**                                                              **NO.   16-10858**

**BRIAN KIBEDEAUX,**                                           **SECTION "F"(2)**
**BRANDON STOSTE**

**ORDER**

  The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.   Accordingly,

  **IT IS ORDERED** that Caleb Elijah Petry's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

    New Orleans, Louisiana, this  __17th__  day of  _____August_____ , 2016.

           _____
           UNITED STATES DISTRICT JUDGE